**FILED**
April 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LIEN TRUONG, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00109-GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Lien Truong; Case 2:10-mj-00109-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　＿　Bail Posted in the Sum of _____

　　X　Unsecured bond in the amount of $50,000.00 co-signed by Amanda Hoang, Lola Hoang and Linda Hoang.

　　＿　Appearance Bond with 10% Deposit

　　＿　Appearance Bond secured by Real Property

　　＿　Corporate Surety Bail Bond

　　X　(Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 4/22/10 at 3:55 pm.

By _____
Kendall J. Newman
United States Magistrate Judge